STARK COUNTY BAR ASSOCIATION *v.* RAMSAYER.

[Cite as Stark Cty. Bar Assn. *v.* Ramsayer (1990), 50 Ohio St. 3d 129.]

(No. 89-2170—Submitted February 13, 1990—Decided April 11, 1990.)

*J. Fred Stergios* and *Christopher P. DeLaCruz,* for relator.

*John N. Mackey,* for respondent.

*Per Curiam.* Having thoroughly reviewed the record, we agree that respondent committed the misconduct

cited by the board. However, we find this misconduct deserving of a more severe sanction than the board recommended. Accordingly, we order that respondent be suspended from the practice of law in Ohio for six months. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, H. BROWN and RESNICK, JJ., concur.

WRIGHT, J., not participating.